IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C.,<br><br>   Plaintiff,<br>vs.<br><br>CITY OF MONTGOMERY, and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY,<br><br>   Defendant | Case No.: 2:07-CV-528<br><br>**ANSWER** |

COMES NOW the City of Montgomery, Defendant in the above-entitled action, and in answer to the complaint filed herein says as follows:

1. Defendant admits the allegations in paragraph 1 of Plaintiffs' Complaint.

2. Defendant denies the allegations in paragraph 2 of Plaintiffs' Complaint and demands strict proof thereof.

3. Defendant denies the allegations in paragraph 3 of Plaintiffs' Complaint and demands strict proof thereof.

4. Defendant denies the allegations in paragraph 4 of Plaintiffs' Complaint and demands strict proof thereof.

5. Defendant denies the material allegations set forth in paragraph 5 of Plaintiffs' Complaint and demands strict proof thereof.

6. Defendant denies the allegations in paragraph 6 Plaintiffs' Complaint and demands strict proof thereof.

7. Defendant denies that Plaintiffs have been damaged and are due the relief sought.

## COUNT I

8. Defendant adopts and incorporates the responses set forth in paragraphs 1-7 of Plaintiffs' Complaint.

9. Defendant denies the allegations in paragraph 9 of Plaintiffs' Complaint and demands strict proof thereof.

10. Defendant denies the material allegations contained in paragraph 10 of Plaintiffs' Complaint and demands strict proof thereof.

11. Defendant denies the allegations in paragraph 11 of Plaintiffs' Complaint and demands strict proof thereof.

12. Defendant denies the material allegations contained in item 12 of Plaintiffs' Complaint and demands strict proof thereof.

13. Defendant denies the allegations in paragraph 13 of Plaintiffs' Complaint and demands strict proof thereof.

## COUNT II

14. Defendant adopts and incorporates the responses set forth in paragraphs 1-13 of Plaintiffs' Complaint.

15. Defendant denies the allegations in paragraph 15 of Plaintiffs' Complaint and demands strict proof thereof.

16. Defendant denies the material allegations contained in paragraph 16 of Plaintiffs' Complaint and demands strict proof thereof.

## FIRST AFFIRMATIVE DEFENSE

Defendant asserts that the Petition fails to state any cause of action upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant avers that the Plaintiffs come to this Court seeking redress with unclean hands, and are, therefore, not entitled to equitable relief.

## THIRD AFFIRMATIVE DEFENSE

Defendant pleads that the plaintiffs' were contributorilly negligent and negligent *per se*, and that said negligence was a proximate contributing cause of any damages sustained.

## FOURTH AFFIRMATIVE DEFENSE

Defendant avers that the Plaintiffs' assumed the risk of any sustained loss or damage and are not, therefore, entitled to relief.

## FIFTH AFFIRMATIVE DEFENSE

Defendant avers that the plaintiff's complaint was filed outside of the applicable statute of limitations set out in §11-47-23 Ala. Code (1975).

## SIXTH AFFIRMATIVE DEFENSE

Defendant pleads waiver and estoppel.

Respectfully submitted this the 19th day of September, 2007.

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of September, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

    Harold Dean Mooty, Jr, Esq.
    Mooty & Associates PC
    600 Clay Street
    Montgomery, AL 36104

    Randall C. Morgan, Esq.
    Hill Hill Carter Franco Cole & Black
    PO Box 116
    Montgomery, AL 36101-0116

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

    /s/ Wallace D. Mills
    OF COUNSEL