IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., | ) Case No.: 2:07-CV-836 ) ) **ANSWER** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CITY OF MONTGOMERY, and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY, | ) ) ) ) ) |
| Defendant | ) ) ) |

COMES NOW, CITY OF MONTGOMERY, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 9/18/07 | /s/ Wallace D. Mills__ |
| Date | (Signature) |
| | |
| | Wallace D. Mills |
| | (Counsel's Name) |

                                      Counsel for (print names of all parties)
                                      City of Montgomery
                                      103 N. Perry St.
                                      Montgomery, A1 36101
                                      334-241 -2050

                                      /s/ Wallace D. Mills
                                      Wallace D. Mills (MIL 090),
                                      Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of September, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

                Harold Dean Mooty, Jr, Esq.
                Mooty & Associates PC
                600 Clay Street
                Montgomery, AL 36104

                Randall C. Morgan, Esq.
                Hill Hill Carter Franco Cole & Black
                PO Box 116
                Montgomery, AL 36101-0116

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                                      /s/ Wallace D. Mills
                                      OF COUNSEL