IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

FOREST GLEN, L.L.C. AND TIMBERCREEK, L.L.C. )
_____, )
                                                     )
    Plaintiff, )
                                                     )
v. ) CASE NO. 2:07-CV-00836-WKW-WC
CITY OF MONTGOMERY and THE WATER WORKS AND SANITARY SEWER BOARD )
_____, )
                                                     )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __The Water Works and Sanitary Sewer Board__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____      _____

_____      _____

_____      _____

9/20/2007                           /s/ Randall Morgan
Date                                  (Signature)

Randall Morgan
(Counsel's Name)

The Water Works and Sanitary Sewer Board
Counsel for (print names of all parties)

425 South Perry St., Montgomery, Alabama 36104
Address, City, State Zip Code

334-834-7600
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Randall Morgan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _20th___ day of _September_____ 20_07_, to:

H. Dean Mooty, Jr., Esq.

Mooty & Associates, P.O.

600 Clay Street

Montgomery, Alabama 36104


9/20/2007                                                                    /s/ Randall Morgan
       Date                                                                        Signature