IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:07-CV-836 |
| CITY OF MONTGOMERY and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY, | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |

9/24/07
Date

s/H. Dean Mooty, Jr.
Counsel Signature

Forest Glen, L.L.C. and Timber Creek, L.L.C.
Counsel for (print names of all parties)
600 Clay Street, Montgomery, AL 36104
Address, City, State Zip Code

(334) 264-0400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, H. Dean Mooty, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished by electronic filing and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th day of September 2007 to:

Randall C. Morgan, Esq.
Hill Hill Carter Franco Cole & Black
P. O. Box 116
Montgomery, AL 36101-0116

and

Wallace D. Mills, Esq.
City of Montgomery
103 North Perry Street
Montgomery, AL 36101

| September 24, 2007 | s/H. Dean Mooty, Jr. |
|---|---|
| Date | Signature |