IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C., an Alabama Limited Liability Company, and TIMBERCREEK, L.L.C., an Alabama Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 2:07-cv-00836-WKW-WC<br>) |
| CITY OF MONTGOMERY and THE WATER WORKS & SANITARY SEWER BOARD OF THE CITY OF MONTGOMERY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND

**COMES NOW** the Defendant The Water Works & Sanitary Sewer Board of the City of Montgomery, within the time set forth by this Court for amendments, and herewith moves this Court to allow it to amend its Answer by adding thereto the affirmative defenses set forth in the Defendant's Amended Answer which is filed contemporaneously with this Motion.

    /s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
Attorney for Defendant Montgomery Water
Works and Sanitary Sewer Board

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was duly served via E-Mail and by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the 26th day of December, 2007, upon the following:

H. Dean Mooty, Jr., Esq.
Mooty & Associates, P.C.
600 Clay Street
Montgomery, Alabama 36104

Wallace D. Mills, Esq.
City of Montgomery
103 North Perry Street
Montgomery, Alabama 26104

                                      /s/ *Randall Morgan*
                                      OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C., an Alabama Limited Liability Company, and TIMBERCREEK, L.L.C., an Alabama Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 2:07-cv-00836-WKW-WC<br>) |
| CITY OF MONTGOMERY and THE WATER WORKS & SANITARY SEWER BOARD OF THE CITY OF MONTGOMERY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AMENDED ANSWER

**COMES NOW** the Defendant The Water Works & Sanitary Sewer Board of the City of Montgomery, and herewith amend its answer by adding thereto the following defenses:

### TWELFTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs agreed to comply with the regulation in question and are now barred and/or estopped from challenging same.

### THIRTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs' Complaint is untimely.

### FOURTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs have failed to mitigate their alleged damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

This Defendant denies the nature and extent of Plaintiffs' alleged damages.

### SIXTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs are barred from recovery by the doctrine of unclear hands.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This Defendant pleads contributory negligence as a bar to recovery.

### EIGHTEENTH AFFIRMATIVE DEFENSE

This Defendant pleads assumption of the risk as a bar to recovery.

### NINETEENTH AFFIRMATIVE DEFENSE

To the extent if any Plaintiffs claim punitive damages, this Defendant avers it is immune from same under both state and federal claims.

### TWENTIETH AFFIRMATIVE DEFENSE

This Defendant avers any recovery by Plaintiffs is limited to the statutory cap set forth by state law.

    /s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
Attorney for Defendant Montgomery Water Works and Sanitary Sewer Board

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was duly served via E-Mail and by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the 26th day of December, 2007, upon the following:

H. Dean Mooty, Jr., Esq.
Mooty & Associates, P.C.
600 Clay Street
Montgomery, Alabama 36104

Wallace D. Mills, Esq.
City of Montgomery
103 North Perry Street
Montgomery, Alabama 26104

                                         /s/ *Randall Morgan*
                                         OF COUNSEL