IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0836-WKW |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of Defendant The Water Works and Sanitary Sewer Board of the City of Montgomery's ("Water Board") Motion for Leave to Amend (Doc. # 13) its answer, it is ORDERED that the motion is GRANTED. In accordance with the Middle District of Alabama's *Civil Administrative Procedures*, Section II.A.5, and Local Rule 15.1, Defendant Water Board shall file electronically an amended answer that reproduces the entire pleading as amended **on or before January 14, 2008**.

DONE this 8th day of January, 2008.

                                             /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE