IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C., an Alabama Limited Liability Company, and TIMBERCREEK, L.L.C., an Alabama Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MONTGOMERY and THE WATER WORKS & SANITARY SEWER BOARD OF THE CITY OF MONTGOMERY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 2:07-cv-00836-WKW-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED ANSWER**

**COMES NOW** the Defendant The Water Works & Sanitary Sewer Board of the City of Montgomery, and herewith amend its answer by adding thereto the following defenses:

1. This Defendant has insufficient information upon which to admit the allegations of paragraph 1 and, accordingly, this Defendant denies same.

2. This Defendant denies the allegations of paragraph 2.

3. This Defendant denies the allegations of paragraph 3.

4. This Defendant denies the allegations of paragraph 4.

5. This Defendant denies the allegations of paragraph 5.

6. This Defendant denies the allegations of paragraph 6.

7. This Defendant denies the allegations of paragraph 7 and denies Plaintiffs are entitled to any relief.

1

## COUNT I - Reckless Fraud

8. This Defendant incorporates by reference the allegations set forth in paragraphs 1-7 hereinabove.

9. This Defendant denies the allegations of paragraph 9.

10. This Defendant denies the allegations of paragraph 10.

11. This Defendant denies the allegations of paragraph 11.

12. This Defendant denies the allegations of paragraph 12.

13. This Defendant denies the allegations of paragraph 13 and further denies Plaintiffs are entitled to any relief.

## COUNT II - Due Process and Equal Protection

14. This Defendant incorporates by reference the allegations set forth in paragraphs 1-13 hereinabove.

15. This Defendant denies the allegations of paragraph 15.

16. This Defendant denies the allegations of paragraph 16 and further denies Plaintiffs are entitled to any relief.

## COUNT III - Violation of Access Management Plan

17. This Defendant incorporates by reference the allegations set forth in paragraphs 1-16 above.

18. This Defendant denies the allegations of paragraph 18.

19. This Defendant denies the allegations of paragraph 19 and further denies Plaintiffs are entitled to any relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Defendant denies all allegations which are not specifically admitted herein.

### SECOND AFFIRMATIVE DEFENSE

This Defendant avers the Complaint and each count fail to state a cause of action entitling Plaintiffs to relief.

### THIRD AFFIRMATIVE DEFENSE

This Defendant avers there exists a reasonable and rational reason for any Board policy or requirement.

### FOURTH AFFIRMATIVE DEFENSE

This Defendant avers it cannot be liable for an alleged reckless act.

### FIFTH AFFIRMATIVE DEFENSE

This Defendant avers that any reliance by Plaintiffs was neither reasonable nor justifiable.

### SIXTH AFFIRMATIVE DEFENSE

This Defendant pleads estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

This Defendant pleads waiver.

### EIGHTH AFFIRMATIVE DEFENSE

This Defendant pleads laches.

### NINTH AFFIRMATIVE DEFENSE

This Defendant pleads consent.

### TENTH AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs' own acts or actions caused or contributed to any alleged loss, hence Plaintiffs are barred from recovery.

### TWELFTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs agreed to comply with the regulation in question and are now barred and/or estopped from challenging same.

### THIRTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs' Complaint is untimely.

### FOURTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs have failed to mitigate their alleged damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

This Defendant denies the nature and extent of Plaintiffs' alleged damages.

### SIXTEENTH AFFIRMATIVE DEFENSE

This Defendant avers Plaintiffs are barred from recovery by the doctrine of unclear hands.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This Defendant pleads contributory negligence as a bar to recovery.

### EIGHTEENTH AFFIRMATIVE DEFENSE

This Defendant pleads assumption of the risk as a bar to recovery.

### NINETEENTH AFFIRMATIVE DEFENSE

To the extent if any Plaintiffs claim punitive damages, this Defendant avers it is immune from same under both state and federal claims.

## TWENTIETH AFFIRMATIVE DEFENSE

This Defendant avers any recovery by Plaintiffs is limited to the statutory cap set forth by state law.

          /s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
Attorney for Defendant Montgomery Water
Works and Sanitary Sewer Board

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 14th day of January, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email::

H. Dean Mooty, Jr., Esq.
Mooty & Associates, P.C.
600 Clay Street
Montgomery, Alabama 36104

Wallace D. Mills, Esq.
City of Montgomery
103 North Perry Street
Montgomery, Alabama 26104

          /s/ *Randall Morgan*
OF COUNSEL