IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C., an Alabama Limited Liability Company, and TIMBERCREEK, L.L.C., an Alabama Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 2:07-cv-00836-WKW-WC |
| | ) |
| CITY OF MONTGOMERY and THE WATER WORKS & SANITARY SEWER BOARD OF THE CITY OF MONTGOMERY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR ENLARGEMENT

**COMES NOW**, the Defendant The Water Works & Sanitary Sewer Board of the City of Montgomery, and herewith moves this Court for an enlargement of time for this Defendant to comply with Section 8 of the Uniform Scheduling Order regarding disclosure of witnesses who may present evidence under Rules 701, etc. The current disclosure date is April 7, 2008 and this Defendant requests a short extension until April 30, 2008. Defendant shows unto the Court this requested extension is short in nature, will not prejudice Plaintiffs nor will it delay the trial of this matter, but is needed by Defendant so as to allow time to receive and review deposition transcripts and adequately prepare for trial. Further, the undersigned has communicated with the attorney for Plaintiffs who advises he has no objection to the requested extension.

WHEREFORE, these premises prayed, Defendant The Water Works & Sanitary

Sewer Board of the City of Montgomery requests the Court to grant an enlargement of time until April 30, 2008 for it to submit disclosures pursuant to Section 8 of the Uniform Scheduling Order.

   /s/   *Randall Morgan*
RANDALL MORGAN [MOR037]
Attorney for Defendant Montgomery Water Works and Sanitary Sewer Board

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email::

H. Dean Mooty, Jr., Esq.
Mooty & Associates, P.C.
600 Clay Street
Montgomery, Alabama 36104

Wallace D. Mills, Esq.
City of Montgomery
103 North Perry Street
Montgomery, Alabama 26104

   /s/   *Randall Morgan*
OF COUNSEL