IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0836-WKW |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant The Water Works and Sanitary Sewer Board of the City of Montgomery's ("Water Board") Unopposed Motion for Enlargement (Doc. # 16) of time to comply with Section Eight of the Uniform Scheduling Order (Doc. # 11), it is ORDERED that the motion is GRANTED. The Water Board's deadline for disclosing witnesses who may be used at trial under Section Eight of the Uniform Scheduling Order (Doc. # 11) is extended from April 7, 2008 to **April 30, 2008**.

DONE this 7th day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE