**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., <br><br> Plaintiff, <br> vs. <br><br> CITY OF MONTGOMERY, and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY, <br> Defendant | Case No.: 2:07-CV-836 <br><br> **CITY OF MONTGOMERY'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the Defendant City of Montgomery, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court to enter summary judgment in its favor based on the facts and grounds set forth in the Brief in Support of the Motion for Summary Judgment, which is filed simultaneously herewith.

Defendant submits, pursuant to the law, that there are no genuine issues as to any material facts, and that it is entitled to a judgment as a matter of law. Defendant further submits that Plaintiffs have failed to present evidence in support of some elements of their case on which they bear the ultimate burden of proof.

In support of the Motion for Summary Judgment, the defendant submits the following:

1. Defendant's Answer (Doc. No. 1)

2. Defendant's Brief in Support of Motion for Summary Judgment with Exhibits.

To the extent allowable by the Court, Defendant reserves the right to supplement this motion.

    Respectfully submitted,

                  /s/ Wallace D. Mills
                  WALLACE D. MILLS (MIL090)
                  Assistant City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of June, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        Harold Dean Mooty, Jr, Esq.
        Mooty & Associates PC
        600 Clay Street
        Montgomery, AL 36104

        Randall C. Morgan, Esq.
        Hill Hill Carter Franco Cole & Black
        PO Box 116
        Montgomery, AL 36101-0116

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                  /s/ Wallace D. Mills
                  OF COUNSEL