IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2:07-CV-836 |
| CITY OF MONTGOMERY and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT WATER WORKS AND SEWER BOARD

Plaintiffs move to voluntarily dismiss Defendant, Water Works and Sewer Board, from this action. Counsel for Plaintiffs has informed counsel for the Sewer Board of its intention to do so. The remaining Defendant is the City of Montgomery.

Respectfully submitted,

s/H. Dean Mooty, Jr.
H. Dean Mooty, Jr. (MOO018)
Attorney for Plaintiffs

OF COUNSEL:

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:     (334)264-0400
Facsimile:      (334)264-0380
E-mail:          hdm@mooty-assoc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

>Wallace D. Mills, Esq.
>City of Montgomery Attorney's Office
>P. O. Box 1111
>Montgomery, Alabama 36101-1111
>
>and
>
>Randall C. Morgan, Esq.
>Hill, Hill, Carter, Franco, Cole & Black
>P. O. Box 116
>Montgomery, Alabama 36101-0116

>s/H. Dean Mooty, Jr.
>Of Counsel