IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FOREST GLEN, L.L.C. and TIMBER CREEK, L.L.C., ) ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) ) | Case No. 2:07-CV-836 |
| CITY OF MONTGOMERY and THE WATER WORKS AND SANITARY SEWER BOARD FOR THE CITY OF MONTGOMERY, ) ) ) ) ) ) | |
| Defendants. ) | |

## REPORT OF SETTLEMENT CONFERENCE

Pursuant to the Scheduling Order issued herein, Plaintiffs and Defendant, City of Montgomery, submit this report of their required Settlement Conference. Counsel have discussed settlement as required. Plaintiffs note for the Court that they have recently filed a voluntary dismissal of the Water Works and Sanitary Sewer Board as a Defendant herein. The remaining Defendant is the City of Montgomery.

Defendant, City of Montgomery, has recently filed a Motion for Summary Judgment which is pending. Plaintiffs have just filed their Response to same. Any reply of the City is due on or about July 15, 2008. In light of the City's Motion for Summary Judgment, it does not appear any meaningful settlement discussions can be had. The parties will be happy to revisit the issue depending on the outcome of the City's Motion for Summary Judgment.

Respectfully submitted,

s/H. Dean Mooty, Jr.
H. Dean Mooty, Jr. (MOO018)
Attorney for Plaintiffs

OF COUNSEL:

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:    (334)264-0400
Facsimile:    (334)264-0380
E-mail:    hdm@mooty-assoc.com

                                      s/Wallace D. Mills
                                      Attorney for Defendant, City of Montgomery

OF COUNSEL:

City of Montgomery Attorney's Office
P. O. Box 1111
Montgomery, Alabama 36101-1111
Telephone:    (334)241-2050